IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TOD R. KIDMAN, | ) | CASE NO.: 1:07 CV 3685 |
| Plaintiff, | ) | |
| v. | ) | JUDGE DONALD C. NUGENT |
| WELLS FARGO & COMPANY, et al., | ) | |
| Defendants. | ) | JUDGMENT |

Pursuant to a Memorandum Opinion and Order of this Court, the Court finds that Plaintiff Tod R. Kidman has failed to allege that he has suffered an injury-in-fact in this case. Accordingly, Plaintiff has not satisfied the constitutional requirements for standing in federal court under Article III. As such, all of Plaintiff's claims are DISMISSED for lack of standing, and this case is TERMINATED.

IT IS SO ORDERED.

_____
DONALD C. NUGENT
United States District Judge

DATE July 7, 2008